**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Jacob B. Fusilier
Fusilier & Associates
P. O. Box 528
Ville Platte LA 70586

Garth Jonathan Ridge
Attorney at Law
251 Florida St., Suite 301
Baton Rouge LA 70801

**REHEARING ACTION: May 9, 2018**

**Docket Number: 17   00739-CA**

**FRANK BUTLER AND RHONDA BUTLER**
**VERSUS**
**CHRISTIAN KALIVODA**

**Appealed from Evangeline Parish Case No. 75374-B**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Billy Howard Ezell**
   **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Christian Kalivoda** has this day been

   **DENIED.**

cc: Christopher Brent Coreil, Counsel for the Appellee